## Hilmer M. Hansen and James L. Peck, Trading as Hansen and Peck, Appellants, v. Frank P. Haun et al., Appellees.

Gen. No. 44,730.

opinion filed June 29, 1949; released for publication July 18, 1949. Peter D. Giachini, Alphonse Cerza and Robert J. Ley, for appellants; Robert C. Cross, of counsel; no appearance for appellees. Opinion by PRESIDING JUSTICE BURKE. **Not to be published in full.**